**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------X

SONNY DESPOSITO

Index No.

        Plaintiff,

    -against-

**COMPLAINT**

THE UNITED STATES OF AMERICA

        Defendant.

-----------------------------------------------------X

Plaintiff, SONNY DESPOSITO complaining of the defendant, THE UNITED STATES OF AMERICA, by his attorneys, THE DRATCH LAW FIRM, P.C. respectfully alleges upon information and belief as follows:

1. At the time of the commencement of this action, plaintiff is and was a resident of New Jersey

2. This cause of action arises from medical negligence that occurred on October 25, 2018 when plaintiff was confined to Federal Correctional Institute Fort Dix located at Joint Base MDL, New Jersey.

3. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 28 U.S.C. § 2671, *et. seq.* and 39 U.S.C. § 409.

4. That on or about September 9, 2020, plaintiff caused an administrative claim to be filed with the United States Bureau of Prisons.

5. That defendant denied plaintiff's claim by letter dated January 11, 2021.

6. That this action is being commenced within six (6) months of receiving the denial of plaintiff's administrative claim

7. That at all times hereinafter mentioned, defendant was to provide plaintiff with safe premises as a prisoner under the care and custody of the

00055719 - 2

defendant.

8.    On or about October 25, 2018, plaintiff was assigned to a top bunk for sleeping purposes.

9.    The bunk bed that plaintiff was assigned did not contain a ladder or some other apparatus for plaintiff to safely ascend and descend.

10.    On October 25, 2018, plaintiff was caused to fall from the top bunk due to the failure of defendant to provide a ladder or some other apparatus to safely descend from the top bunk resulting in a fracture to his arm.

12.    The defendant owes a duty of care to provide a safe place for plaintiff as a prisoner.

13.    The defendant breached its duty of care, in failing to provide a safe place for plaintiff, in that, defendant failed to provide plaintiff with a ladder or some other apparatus to descend from the top bunk which constitutes a dangerous and hazardous condition.

14.    That as a result of the aforementioned breach of its duty and as a direct and proximate cause, the plaintiff sustained severe injuries of a permanent nature preventing the plaintiff from performing his normal activities of life and business resulting in great pain to his mind and body, loss of enjoyment of life, loss of earning capacity and other expenses occasioned by injuries and disability sustained by him as a result of the aforementioned.

**WHEREFORE,** plaintiff demands judgment against the defendant for the following relief:

(A)    Damages;

(B)    Costs;

(C)    Interest;

00055719 - 2

(D)      for such other relief as the Court deems just and proper

DATED: April 29, 2021

THE DRATCH LAW FIRM, P.C.


/s/ Brian M. Dratch
By:      BRIAN M. DRATCH
         Attorneys for Plaintiff
         354 Eisenhower Parkway
         Livingston, New Jersey 07039
         (973) 992-3700

To: The United States of America
    C/o Attorney General of the United States
    970 Broad Street, 7th Floor
    Newark, NJ 07102


    The Honorable Merrick Garland
    Attorney General of the United States United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001